IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIMMY PORTER, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:25-CV-181-X |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION., | § § | |
|     *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1) and 636(c).

The Court's review of the Commissioner's decision is "limited to determining whether that decision is supported by substantial evidence and whether the proper legal standards are applied."[1]  Moreover, a decision is not reversed "even if there is substantial evidence in the record that would have supported the opposite conclusion, so long as substantial evidence supports the conclusion that was reached by the ALJ."[2]

The Court concludes that there was substantial evidence to support the ALJ's conclusion for the reasons stated by the United States Magistrate Judge.

---

[1] *Harris v. Apfel*, 209 F.3d 413, 417 (5th Cir. 2000).

[2] *Aurelio C. v. Comm'r, Soc. Sec. Admin.*, 2024 WL 3862801, at *3 (N.D. Tex. Aug. 1, 2024), adopted by *Castillo v. Comm'r, Soc. Sec. Admin.*, 2024 WL 3862449, at *1 (N.D. Tex. Aug. 19, 2024)

Accordingly, the Court ACCEPTS the Findings and Conclusions of the United States Magistrate Judge.

**SO ORDERED** this 22nd day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE